KRIS A. MCLEAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine St.
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: kris.mclean@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JAN 2 1 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16-𝟼-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FALSE STATEMENTS TO A FEDERAL AGENCY |
| JONATHAN JAY EAGLEMAN, | (Counts I, II and III)<br>Title 18 U.S.C. § 1001(a)(2)<br>(Penalty: Five years imprisonment, 250,000 fine, and three years supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT I

That on or about September 24, 2012, near Box Elder, within the State and District of Montana, the defendant, JONATHAN JAY EAGLEMAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States

1

Environmental Protection Agency by falsely representing in a telephone conference call with EPA officials and others that the Chippewa Cree Tribal Water Resources Department had discovered the Sangrey drinking water tank #2 on the Rocky Boy's Indian Reservation compromised on September 22, 2012, when in truth and in fact as the defendant, JONATHAN JAY EAGLEMAN, then well knew, the Chippewa Cree Tribal Water Resources Department had discovered the Sangrey drinking water tank #2 compromised on August 30, 2012 in violation of 18 U.S.C. 1001(a)(2).

## COUNT II

That on or about September 25, 2012, near Box Elder, within the State and District of Montana, the defendant, JONATHAN JAY EAGLEMAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Environmental Protection Agency by falsely representing in a Chippewa Cree Tribal Water Resources Department Public Notice, entitled "PRECAUTIONARY DRINKING WATER WARNING! DO NOT USE THE WATER" that, on September 24, 2012, the Department had discovered that one of its finished water storage tanks was open and potentially vandalized, when in truth and in fact as the defendant, JONATHAN JAY EAGLEMAN, then well knew, the Chippewa Cree Tribal Water Resources Department had discovered the Sangrey drinking water

tank #2 compromised on August 30, 2012 in violation of 18 U.S.C. 1001(a)(2).

## COUNT III

That on or about September 26, 2012, near Box Elder, within the State and District of Montana, the defendant, JONATHAN JAY EAGLEMAN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Environmental Protection Agency by falsely representing in telephone conference call with EPA officials and others that the Chippewa Cree Tribal Water Resources Department had discovered the Sangrey drinking water tank #2 on the Rocky Boy's Indian Reservation compromised on September 22, 2012, when in truth and in fact as the defendant, JONATHAN JAY EAGLEMAN, then well knew, the Chippewa Cree Tribal Water Resources Department had discovered the Sangrey drinking water tank #2 compromised on August 30, 2012 in violation of 18 U.S.C. 1001(a)(2).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

for: MICHAEL W. COTTER
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2-25-16 @ 10:00am
Before JTJ in GF

Crim. Summons ✓

Warrant: _____

Bail: _____

3