**MATT LAW OFFICE, PLLC**
**Terryl T. Matt, Esq.**
310 East Main
Cut Bank, MT  59427
Phone:  (406) 873-4833
Fax:      (406) 873-4944
terrylm@mattlawoffice.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: CR-16-6-GF-BMM |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DEFENDANT'S NOTICE OF** |
| | ) **INTENT TO PROCEED TO** |
| | ) **TRIAL** |
| JONATHAN JAY EAGLEMAN, | ) |
| | ) |
| Defendant. | ) |

COMES NOW Defendant Jonathan Jay Eagleman, by and through his counsel of record, Terryl T. Matt, and hereby notifies the Court that he intends to exercise his right to a jury trial pursuant to the Sixth Amendment to the United States Constitution.  The undersigned apologizes for the delay in filing this notice.

Respectfully submitted this 13th day of July 2016.

                /s/Terryl T. Matt\
                Terryl T. Matt, P.L.L.C.\
                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Intent to Proceed to Trial was served upon the following counsel of record, by the following means, this 13th day of July 2016.

1,2, 3 CM/ECF 1.

1. Clerk, U.S. District Court

2. Kris McLean, Assistant U.S. Attorney

3. W. Adam Duerk, Assistant U.S. Attorney

                /s/ Terryl T. Matt\
                Terryl T. Matt, PLLC