KRIS A. MCLEAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine St.
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: kris.mclean@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JONATHAN JAY EAGLEMAN,** <br><br> Defendant. | CR 16 -06-GF-BMM <br><br> **NOTICE OF STIPULATION** |

Comes now the United States by and through Kris A. McLean, Assistant U.S. Attorney for the District of Montana, and notifies the Court that the parties have stipulated to the admission of the following trial exhibits:

Government's Exhibits: 3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20.

Defendant's Exhibits: 504, 536.1, 536.2, 536.4, 536.6, 536.7, 536.8, 544, 545.

DATED this 22nd day of July, 2016.

MICHAEL W. COTTER
United States Attorney

*/s/ Kris A. McLean*
KRIS A. MCLEAN
Assistant U.S. Attorney
Attorney for Plaintiff