**DEFENDANT'S EXHIBIT LIST**

| United States of America<br>    Plaintiff<br>v.<br><br>Jonathan Jay Eagleman<br>    Defendant | DEFENDANT'S EXHIBIT LIST<br>Case No.: FC-CR-16-6-GF-BMM<br>Great Falls, Federal Court |
|---|---|
| Terryl T. Matt<br>Matt Law Offices, PLLC<br>310 East Main<br>Cut Bank, MT 59427<br>terrylm@mattlawoffice.com<br>Attorney for Defendant | Kris A. Mclean<br>U.S. Attorney's Office<br>2601 2nd Ave N.<br>Box 3200<br>Billings, MT 59101 |

| No. | Description of Exhibit | Object Yes/N | Grounds for Objection | Adm | Ref | Rsv | Received |
|---|---|---|---|---|---|---|---|
| | **Defendant's Exhibits** | | | | | | |
| 500. | Barb Burkland Email 10-31-12 (1 page) | | | | | | |
| 501. | Email regarding Joel Felix 9-24-12 Joel Felix Email 9-24-16 (2 pages) | | | | | | |
| 502. | Barb Burkland Email 9-24-12 (1 page) | | | | | | |
| 503. | Sienna Meredith Email 9-24-12 (2 pages) | | | 7-27-16 | | | |
| 504. | Barb Burkland Notes about Duane Gopher contact (1 page) | | | 7-27-16 | | | |
| 505. | Henry Foursouls Statement 9-24-12 (1 page) | | | | | | |
| 506. | EPA Activity Report of Police Report given to EPA (4 pages) | | | | | | |
| 507. | Marcus Standing Rock Statement 9-24-12 (1 page) | | | | | | |
| 508. | Brandon Gopher Statement 9-24-12 (1 page) | | | | | | |

| No. | Description of Exhibit | Object Yes/N | Grounds for Objection | Adm | Ref | Rsv | Received |
|---|---|---|---|---|---|---|---|
| 509. | Dustin White Statement 9-24-12 (1 page) | | | | | | |
| 510. | Tim Nault Statement 9-24-12 (1 page) | | | | | | |
| 511. | DPHHS Emails regarding lab tests and results 9-24-12 and 9-28-12 (4 pages) | | | | | | |
| 512. | Loranda LaFromboise Email 9-25-16 (5 pages) | | | 7-27-16 | | | |
| 513. | Barb Burkland Email 9-26-12 (5 pages) 1st Page Only | | | 7-27-16 | | | |
| 514. | -Jonathan Eagleman Email 9-28-12 -Dustin White Email 9-29-12 (2 pages) | | | | | | |
| 515. | Loranda LaFromboise Work Notes 7-30-12 and 9-24-12 (10 pages) | | | 7-27-16 | | | |
| 516. | -Emails to Robert Marsden 9-27-16 and 10-10-12 -Barb Burkland Email 9-25-12 (5 pages) | | | 7-26-16 | | | |
| 517. | Dustin White Time Card, Travel and Leave Requests 8-6-12 to 9-28-12 (22 pages) | | | | | | |
| 518. | Dustin White Contract Agreement Docs. 8-29-12 (5 pages) | | | | | | |
| 519. | Henry Four Souls Time Card, Travel and Leave Requests 8-2-12 to 9-28-12 (18 pages) 3 Pages Only | | | 7-27-16 | | | |
| 520. | Loranda LaFromboise Emails 6-3-16 and 6-9-16 (2 pages) | | | | | | |
| 521. | Dustin White wallet size Operator Certificate (1 page) | | | | | | |
| 522. | Barb Burkland Interview 2-19-13 (1 page) | | | | | | |

| No. | Description of Exhibit | Object Yes/N | Grounds for Objection | Adm | Ref | Rsv | Received |
|---|---|---|---|---|---|---|---|
| 523. | Duane Gopher Interviews 2-20-13 and 2-26-13 (3 pages) | | | | | | |
| 524. | Russell Leu Interview 2-19-13 (1 page) | | | | | | |
| 525. | Tim Nault Recorded Interview 2-27-13 (1 page and Disc) | | | | | | |
| 526. | Henry Four Souls Transcribed and Recorded Interview 2-27-13 (36 pages and Disc) | | | | | | |
| 527. | Dustin White Transcribed and Recorded Interview 2-27-13 (33 pages) **Terryl Computer For Recording** | | | | | | |
| 528. | Jason Tendoy Recorded Interview on 2-27-13 (1 page and Disc) | | | | | | |
| 529. | Jay Eagleman Transcribed and Recorded Interview on 2-27-13 (21 pages and Disc) | | | | | | |
| 530. | Dustin White provided documents on 2-27-13 and Email regarding facts (2 pages) | | | | | | |
| 531. | Dustin Sunchild Interview 5-14-14 (1 page) | | | | | | |
| 532. | Jonathan Eagleman and Dustin White Interview on 5-14-14 (2 pages) | | | | | | |
| 533. | Misty Denny Interview on 8-13-14 (2 pages) | | | | | | |
| 534. | Robert Marsden Email 5-8-15 (1 page) | | | | | | |
| 535. | Dustin White Grand Jury Transcribed Interview 5-20-15 (20 pages) | | | | | | |
| 536.1 | Sangrey Water Tank Picture 1 (1 page) | | | 7-25-16 | | | |
| 536.2 | Sangrey Water Tank Picture 2 (1 page | | | 7-25-16 | | | |

| No. | Description of Exhibit | Object Yes/N | Grounds for Objection | Adm | Ref | Rsv | Received |
|---|---|---|---|---|---|---|---|
| 536.3 | Sangrey Water Tank Picture 3 (1 page) | | | 7·26·16 | | | |
| 536.4 | Sangrey Water Tank Picture 4 (1 page) | | | 7·25·16 | | | |
| 536.5 | Sangrey Water Tank Picture 5 (1 page) | | | | | | |
| 536.6 | Sangrey Water Tank Picture 6 (1 page) | | | 7·25·16 | | | |
| 536.7 | Sangrey Water Tank Picture 7 (1 page) | | | 7·25·16 | | | |
| 536.8 | Sangrey Water Tank Picture 8 (1 page) | | | 7·25·16 | | | |
| 537. | Section 1419 of Safe Water Drinking Act 1996 (3 pages) | | | | | | |
| 538. | Section 141.130 (a)(1)(c) C.F.R. (1 page) | | | | | | |
| 539. | Section 141.70 (c) C.F.R. (1 page) | | | | | | |
| 540. | 37-42-101 M.C.A. (1 page) | | | | | | |
| 541. | 37-42-104 M.C.A. (1 page) | | | | | | |
| 542. | 37-42-301 M.C.A. (1 page) | | | | | | |
| 543. | Montana Application for Certification as Water Operator (4 pages) | | | | | | |
| 544. | August 2012 Calendar (1 page) | | | 7·25·16 | | | |
| 545. | September 2012 Calendar (1 page) | | | 7·25·16 | | | |

526.1  Four Souls Audio