IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
JUL 28 2016
Clerk, U S Courts
District Of Montana
Great Falls Division

| UNITED STATES OF AMERICA, | CR 16-06-GF-BMM |
|---|---|
| Plaintiff, | VERDICT |
| vs. | |
| JONATHAN JAY EAGLEMAN, | |
| Defendant. | |

1. We, the Jury in the above-entitled matter, unanimously find the defendant, JONATHAN JAY EAGLEMAN:

    __X__   Not Guilty

    _____   Guilty

of False Statements To A Federal Agency, as charged in Count I of the Indictment.

2. We, the Jury in the above-entitled matter, unanimously find the defendant, JONATHAN JAY EAGLEMAN:

    __X__   Not Guilty

    _____   Guilty

of False Statements To A Federal Agency, as charged in Count II of the Indictment.

1

3. We, the Jury in the above-entitled matter, unanimously find the defendant, JONATHAN JAY EAGLEMAN:

__X__ Not Guilty

_____ Guilty

of False Statements To A Federal Agency, as charged in Count III of the Indictment.

DATED this 28th day of July, 2016.

Foreperson signature redacted. Original document filed under seal.