# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN JAY EAGLEMAN,<br><br>Defendant. | CR 16-6-GF-BMM<br><br>**JUDGMENT OF ACQUITTAL** |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on July 28, 2016, **IT IS ORDERED** that the Defendant is **ACQUITTED** of the charges in the Indictment.

DATED this 10th day of July, 2017.

_____
Brian Morris
United States District Court Judge